IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SHEILA WHITTENBERG,<br><br>        Defendant. | )<br>)  No. CR 06- 0283 MAG<br>)<br>)<br>)  STIPULATION AND ORDER<br>)  CONTINUING SENTENCING<br>)<br>)<br>)<br>) |

### STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from August 10, 2006 to October 5, 2006 at 11:00 a.m.  The continuance requested is necessary because defense counsel is out of the country for the most part of August and will need time to review the presentencing report upon his return with his client.  Assistant United States Attorney Robert Rees and Probation Officer Ann Searles have been contacted and have no objection to continuing the hearing in this matter.

**IT IS SO STIPULATED.**

DATED: August 7, 2006

                                              RONALD TYLER
                                              Assistant Federal Public Defender
                                              Counsel for Celestine Gallegos

DATED: 8/7/06

                                              ROBERT REES
                                              Assistant United States Attorney

## ORDER

The sentencing in this matter is continued until October 5, 2006 at 11:00 a..m.

IT IS SO ORDERED.

DATED:  8/9/06

_____
JAMES LARSON
UNITED STATES MAGISTRATE COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge James Larson]*

Case 3:06-cr-00283-JL   Document 24   Filed 08/08/2006   Page 2 of 2

STIPULATION & ORDER CONTINUING SENTENCING
*United States v. Sheila Whittenberg*
CR                                                    - 2 -